UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>COREY SANDERS, )<br>)<br>Defendant. )<br>) | Case No.: 2:14-cr-00369-GMN-PAL<br><br>**ORDER** |

Before the Court is the Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(A), (ECF No. 23), and Defendant's Response to said Motion (ECF No. 24).  It appearing to the Court that with the issuance of Magistrate Judge Peggy Leen's Report and Recommendation (ECF No. 22), the Government can no longer continue to prosecute the criminal case against the Defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(A), (ECF No. 23), is hereby **GRANTED**, and Defendant shall be released **forthwith**.  The Clerk of Court is directed to close the case.

**DATED** this 27th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court