UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-cr-00369-GMN-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT OF FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |
| COREY SANDERS, ) | |
| Defendant. ) | |

Before the Court for consideration is the Report of Findings and Recommendation (ECF No. 22) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered on February 27, 2015, recommending that Defendant's Motion to Suppress Evidence (ECF No. 15), be granted.

Pursuant to Local Rule IB 3-2(a), objections were due by March 16, 2015.  No objections were filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Leen's Report of Findings and Recommendation should be **ACCEPTED and ADOPTED in full**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Suppress Evidence (ECF No. 15), is hereby **GRANTED**.

**DATED** this 27th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court